# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CLAUDE EDWARD FINLEY                                                        PLAINTIFF
ADC # 101945

v.                              1:15CV00131-JM-JJV

J. BAUMGARDNER, Sergeant,
North Central Unit; *et al.*                                                DEFENDANTS

### ORDER

Having reviewed Plaintiff's Amended Complaint (Doc. No. 14) for screening purposes,[1] the Court concludes service is appropriate for Defendants J. Baumgardner, M. Smith, and Eddie Selvey. As Plaintiff has not provided first names for two of these defendants, **the Court asks for the assistance of the Arkansas Department of Correction Compliance Office in perfecting service**. Following are the names and job titles (as they appear in Plaintiff's Complaint) of those defendants who have not been fully identified.

1. "J. Baumgardner," a Sergeant at the ADC North Central Unit;

2. "M. Smith," a Sergeant at the ADC North Central Unit;

IT IS, THEREFORE, ORDERED that the Clerk of Court shall prepare Summonses for Defendants Baumgardner, Smith, and Selvey and the United States Marshal shall serve a copy of the Summons, Amended Complaint (Doc. No. 14), and this Order on defendants without prepayment of fees and costs or security therefore. Service for all defendants should be through Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

DATED this 25th day of January, 2016.

                                                                              _____
                                                                              JOE J. VOLPE
                                                                              UNITED STATES MAGISTRATE JUDGE