**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CLAUDE EDWARD FINLEY							PLAINTIFF
ADC # 101945

v.					1:15CV00131-JM-JJV

J. BAUMGARDNER, Sergeant,
North Central Unit; *et al.*						DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Wendy Kelley is DISMISSED without prejudice due to Plaintiff's failure to state an actionable claim against her.

2. Plaintiff's claims for declaratory judgment are DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 9th day of February, 2016.

_____
JAMES M. MOODY, Jr.
UNITED STATES DISTRICT JUDGE