# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CLAUDE EDWARD FINLEY                                                                       PLAINTIFF
ADC # 101945

v.                                         1:15CV00131-JM-JJV

J. BAUMGARDNER, Sergeant,
North Central Unit; *et al.*                                                               DEFENDANTS

## **ORDER**

On January 25, 2016, I directed service for Defendant Eddie Selvey. (Doc. No. 16.) On February 8, 2016, those summons were returned unexecuted along with a sealed address. (Doc. No. 18.) Service will be re-attempted.

IT IS THEREFORE ORDERED THAT the Clerk of the Court shall prepare summons for Defendant Selvey, and the United States Marshal shall serve a copy of the summons, Amended Complaint (Doc. No. 14), and this Order on him at the address provided under seal without prepayment of fees and costs or security therefore.

DATED this 24th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE