## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CLAUDE EDWARD FINLEY                                                                           PLAINTIFF

v.                                              1:15CV00131-JM

J. BAUMGARDNER, Sergeant,
North Central Unit; *et al.*                                                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Baumgardner's Motion for Summary Judgment on Liability (Doc. No. 73) is GRANTED.

2. Plaintiff's Amended Complaint (Doc. No. 14) is DISMISSED WITH PREJUDICE.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 7th day of March, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE